IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Christina Vaughn, et al.,                :  |  |
|           Plaintiffs,                             : |  |
|                                                       : |  |
| v.                                                 : | CIVIL ACTION NO. |
|                                                       : | 1:13-cv-02605-JOF |
| Palm Beach Tan, Inc., a Texas limited<br>liability company, et al.,               : |  |
|                                                       : |  |
|           Defendants.                         : |  |

## **ORDER**

This matter is before the court on the parties' joint motion for settlement agreement approval [47].

This action was originally filed in the Northern District of Alabama as a potential collective action for store managers of Palm Beach Tan, Inc., under the Fair Labor Standards Act, 29 U.S.C. § 216(b). The action was transferred to this court after conditional certification of alleged mis-classification claims of store managers in Georgia was denied.

Plaintiffs Christina Vaughn and Tammy Shelton pursued their claims individually in the instant case. In the instant motion, the parties ask the court to approve their confidential settlement agreement. The court has reviewed the settlement agreement and in particular the distribution of the agreed settlement amount among the two plaintiffs and their counsel. The parties have provided no explanation or justification in particular for the amount of

attorney's fees. The court will not approve the settlement without a further explanation of those fees.

The court DENIES WITH LEAVE TO RENEW the parties' joint motion for settlement agreement approval [47].

The parties presented the settlement agreement to the court for *in camera* review. Therefore, the court will permit the parties to present an explanation of the attorney's fees also for *in camera* review. The parties should submit that document to chambers no later than Monday, January 6, 2014.

**IT IS SO ORDERED** this 17th day of December, 2013.

                                              S/   J. Owen Forrester
                                              J. OWEN FORRESTER
                                              SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)